BENJAMIN LEIBOWITZ and JULIUS LEIBOWITZ, Copartners, etc., Appellants, v. FOSTER & STEWART Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FREDERICK A. NORTON, Respondent, v. CARBIDE & CARBON REALTY Co., INC., Appellant.— Appeal dismissed on default, with ten dollars costs and disbursements. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

FRANK OCCHINTO, an Infant, etc., by FRANK OCCHINTO, His Guardian ad Litem, Respondent, v. MOSES POHORILLE and JOSEPH POHORILLE, Copartners, etc., Appellants.— Order granting reargument of motion and, on reargument, granting a preference and setting case down for a day certain, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JEREMIAH CAMPBELL, Respondent.— Appeal dismissed on default. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KITSOS and ANGELO MARION, Appellants.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Kelly, P. J., Manning and Lazansky, JJ., concur; Kapper and Hagarty, JJ., dissent upon the ground that the guilt of defendants was not established beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SEROTA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STAMFORD WATER COMPANY, Respondent, v. EVERETT S. NORTHROP and Others, as Assessors of the Town of Poundridge, etc., Appellants.— Order referring matter to official referee to take proof and report to the court, with opinion, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

FREDERICK ROEDER, Respondent, v. LIZETTE GUNDLACH and FRED GUNDLACH, Appellants.— Order denying motion to dismiss complaint for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

CHARLES SALZMANN, by GEORGE W. SALZMANN, His Guardian ad Litem, Appellant, v. JOHN A. QUINN, Respondent.— Order denying in part plaintiff's motion for a preference, and order denying motion for reargument, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

GENE SARAZEN, Respondent, v. LIBERTY WEEKLY, INCORPORATED, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.